**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Van Zaun,<br><br>        Plaintiff,<br><br>v.<br><br>John E. Potter, Postmaster General<br><br>        Defendant. | No. CV-07-1495-PHX-SMM<br><br>**ORDER** |

      Before the Court is Defendant's Motion for more definite statement, requesting that the Court require Plaintiff to amend her Complaint and provide the factual basis for her claims of employment discrimination and retaliation (Dkt. 13). Plaintiff responded with a request to file a Second Amended Complaint (Dkt. 14). Plaintiff has already amended her Complaint once before being served with a responsive pleading (see Dkt. 10). Further amendment thus requires leave of Court, and is to be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2).

      The Court grants Plaintiff's request to file her Second Amended Complaint. Defendant's Motion for a more definite statement is therefore denied as moot. Accordingly,

//

//

1 **IT IS HEREBY ORDERED** granting Plaintiff's request to file Second Amended Complaint (Dkt. 14). The Clerk of the Court is directed to file the Second Amended Complaint attached to Plaintiff's Response (Dkt. 14).

**IT IS FURTHER ORDERED** denying as moot Defendant's Motion for a more definite statement (Dkt. 13).

DATED this 15th day of February, 2008.

*[signature]*
Stephen M. McNamee
United States District Judge