**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Van Zaun, | CIV-07-1495-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| John E. Potter, Postmaster General, | |
| Defendant. | |

Pursuant to the parties' Stipulated Request (Dkt. 17) and good cause showing,

**IT IS HEREBY ORDERED** that the Defendant, John E. Potter, Postmaster General, has up to and including March 7, 2008 to file his answer or other response to Plaintiff's Second Amended Complaint.

DATED this 29th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge