**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Van Zaun, ) | No. CV-07-1495-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| John E. Potter, Postmaster General, ) | |
| Defendant. ) | |

The Court having considered Defendant's motion to waive the requirement that a representative with binding settlement authority be present at the Preliminary Pretrial Conference (Dkt. 21), and for good cause appearing,

**IT IS HEREBY ORDERED** excusing Defendant from providing a representative with settlement authority at the Preliminary Pretrial Conference.

DATED this 21st day of March, 2008.

Stephen M. McNamee
United States District Judge