**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Van Zaun, | CIV-07-1495-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| John E. Potter, Postmaster General, | |
| Defendant. | |

Pursuant to Plaintiff's Motion to Continue Rule 16 Preliminary Pretrial Conference (Dkt. 23), and good cause showing,

**IT IS HEREBY ORDERED** that the Rule 16 Preliminary Pretrial Conference currently scheduled for May 28, 2008 at 1:30 p.m., is continued to **Tuesday, June 17, 2008**, at **1:30 p.m.**

DATED this 22nd day of May, 2008.

Stephen M. McNamee
United States District Judge